The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANITA WHITE,

                Plaintiff,

    v.

LADY A ENTERTAINMENT, LLC;
CHARLES KELLEY; DAVID HAYWOOD;
AND HILLARY SCOTT,

                Defendants.

No. 2:20-CV-01360

**DEFENDANT CHARLES
KELLEY'S NOTICE OF JOINDER
IN MOTION TO DISMISS, OR IN
THE ALTERNATIVE, TO
TRANSFER OR STAY**

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Defendant Charles Kelley files this Notice of Joinder in Defendants Lady A Entertainment LLC's ("LAE"), David Haywood's, and Hillary Scott's (collectively with Mr. Kelley, "Defendants") Motion to Dismiss, or in the Alternative, to Transfer or Stay (the "Motion to Dismiss"). In support thereof, Mr. Kelley respectfully states the Court as follows:

On September 15, 2020, Plaintiff Anita White initiated the above-captioned action in this Court. More than two months prior, on July 8, 2020, Defendants had filed an action against Ms. White in the United States District Court for the Middle District of Tennessee relating to the same trademarks as those at issue in this action. Because of the similarity of the parties and the issues to be resolved, on October 13, 2020, LAE, Mr. Haywood, and Ms. Scott filed in this Court their Motion to Dismiss, which was based upon the first-to-file doctrine. Mr. Kelley joins in the Motion to Dismiss and incorporates by reference all arguments and evidence set forth therein.

Respectfully submitted on January 19, 2021.

**DAVIS WRIGHT TREMAINE LLP**

By */s/Ambika Kumar Doran*
**Ambika Kumar Doran**, WSBA #38237
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700
Email: ambikadoran@dwt.com

**GREENBERG TRAURIG LLP**

**Mary-Olga Lovett** (TX SBN: 00789289)
*Pro Hac Vice*
lovettm@gtlaw.com
**Mark G. Chretien** (TX SBN: 24036364)
chretienm@gtlaw.com
*Pro Hac Vice*
**Aimee Housinger** (TX SBN: 24083203)
housingera@gtlaw.com
*Pro Hac Vice*
**Kyle B. Dugan** (TX SBN: 24097625)
duganky@gtlaw.com
*Pro Hac Vice*

DEFENDANT CHARLES KELLEY'S NOTICE OF JOINDER IN MOTION TO
DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY - **1**
(2:20-cv-01360-RSM)

**Brianna Zook** (TX SBN: 24106624)
zookb@gtlaw.com
*Pro Hac Vice*
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: 713.374.3570

**Nina D. Boyajian** (CA SBN 291037)
boyajiann@gtlaw.com
*Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7700

***Attorneys for Defendants Lady A
Entertainment LLC, Charles Kelley, David
Haywood, and Hillary Scott***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEFENDANT CHARLES KELLEY'S NOTICE OF JOINDER IN MOTION TO
DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY - **2**
(2:20-cv-01360-RSM)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with a copy of the foregoing through the Court's CM/ECF system on January 19, 2021.

*/s/ Ambika Kumar Doran*
Ambika Kumar Doran

DEFENDANT CHARLES KELLEY'S NOTICE OF JOINDER IN MOTION TO
DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY - **3**
(2:20-cv-01360-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax