The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANITA WHITE,<br><br>   Plaintiff,<br><br> v.<br><br>LADY A ENTERTAINMENT, LLC, CHARLES KELLEY, DAVID HAYWOOD, AND HILLARY SCOTT<br><br>   Defendants. | Case No. 2:20-CV-01360-RSM<br><br>**JOINT MOTION TO DISMISS BY ALL PARTIES**<br><br>**JURY DEMAND** |

**JOINT MOTION TO DISMISS**
**CASE NO. 2:20-cv-01360-RSM**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

Plaintiff Anita White ("White") and Defendants Hillary Scott, Charles Kelley, David Haywood, and Lady A Entertainment LLC (collectively, the "Band") hereby file this joint motion to dismiss the litigation captioned above. White dismisses with prejudice all claims against the Band in this action. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: January 31, 2022

**GREENBERG TRAURIG LLP**

By: /s/ *Mary-Olga Lovett*
Mary-Olga Lovett *(Pro Hac Vice)*
Aimee Housinger *(Pro Hac Vice)*
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Tel: 713.374.3570
Email: lovettm@gtlaw.com
housingera@gtlaw.com

**DAVIS WRIGHT TREMAINE LLP**

Ambika Kumar Doran
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel: (206) 757-8030
Fax: (206) 757-7030
Email: AmbikaDoran@dwt.com

*Counsel for Defendants Hillary Scott, Charles Kelley, David Haywood, and Lady A Entertainment LLC*

Dated: January 31, 2022

**COOLEY LLP**

By: /s/ *Brendan J. Hughes*
Brendan J. Hughes *(Pro Hac Vice)*
Jane van Benten *(Pro Hac Vice)*
1299 Pennsylvania Avenue NW, Suite 700
Washington, D.C. 20004-2446
Tel.: (202) 842-7800
Fax: (202) 842-7899
Email: bhughes@cooley.com
jvanbenten@cooley.com

Christopher B. Durbin (WSBA #41159)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Joseph M. Drayton *(Pro Hac Vice)*
Judd D. Lauter *(Pro Hac Vice)*
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
jdrayton@cooley.com

*Counsel for Plaintiff Anita White*

**JOINT MOTION TO DISMISS**
**CASE NO. 2:20-cv-01360-RSM**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF filing system, which transmits notice of filing to all registered CM/ECF users and counsel of record.

*/s/ Brendan J. Hughes*
Brendan J. Hughes

JOINT MOTION TO DISMISS
CASE NO. 2:20-cv-01360-RSM

2.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700