The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANITA WHITE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LADY A ENTERTAINMENT, LLC, CHARLES KELLEY, DAVID HAYWOOD, AND HILLARY SCOTT<br><br>　　　　Defendants. | Case No. 2:20-CV-01360-RSM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS BY ALL PARTIES**<br><br>**JURY DEMAND** |

ORDER GRANTING MOTION TO DISMISS
CASE NO. 2:20-cv-01360-RSM

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

Pursuant to the Joint Motion to Dismiss by All Parties filed by Plaintiff Anita White ("White") and Defendants Hillary Scott, Charles Kelley, David Haywood, and Lady A Entertainment LLC (collectively, the "Band"), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the Court hereby dismisses with prejudice this action, including all claims against all parties, with each party to bear its own attorney's fees, costs and expenses.

It is so **ORDERED**.

DATED this 31st day of January, 2022.

```
              [signature]
          _____
          RICARDO S. MARTINEZ
          CHIEF UNITED STATES DISTRICT JUDGE
```

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 2:20-cv-01360-RSM

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700